**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:** **Thomas Venable**<br>**Docket Number:  2:15CR00196-01**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Thomas Venable is requesting permission to travel to Paris, France.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 13, 2016, Thomas Venable was sentenced for the offense of 18 U.S.C. 666(a)(1)(A), Theft From Program Receiving Federal Funds (Class C Felony).

**Sentence Imposed:**  1 year, 1 day custody in the Bureau of Prisons, 24 months Supervised Release, $100 Special Assessment (Paid), and $195,528 Restitution (Paid).

**Dates and Mode of Travel:**  From November 9, 2018, through November 12, 2018.  Travel arrangements will be made upon approval.

**Purpose:**  Attend a ceremony.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Thomas Venable**
	**Docket Number: 2:15CR00196-01**
	**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:	November 7, 2018
	Fresno, California
	AG/dp

**REVIEWED BY:**	*Rick Tarazon*
	**for Tim D. Mechem**
	**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED: 11/7/2018**	/s/ John A. Mendez
	United States District Court Judge