UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:  **Thomas Venable**
     **Docket Number:  2:15CR00196-01**
     **PERMISSION TO TRAVEL**
     **OUTSIDE THE COUNTRY**

Your Honor:

Thomas Venable is requesting permission to travel to Burkina Faso, Africa.   He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 13, 2016, Thomas Venable was sentenced for the offense of 18 U.S.C. 666(a)(1)(A), Theft From Program Receiving Federal Funds (Class C Felony).

**Sentence Imposed:**  1 year, 1 day custody in the Bureau of Prisons, 24 months Supervised Release, $100 Special Assessment (Paid), and $195,528 Restitution (Paid).

**Dates and Mode of Travel:**  From September 11, 2019, through September 26, 2019.  Travel arrangements will be made upon approval.

**Purpose:**  Employment.

**RE:     Thomas Venable**
**        Docket Number:  2:15CR00196-01**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:    August 30, 2019
          Fresno, California
          AG/rvm

**REVIEWED BY:**         <u>    /s/ Brian J. Bedrosian                              </u>
                         **Brian J. Bedrosian**
                         **Assistant Deputy Chief United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  September 6, 2019**          <u>/s/ John A. Mendez</u>_____
                                       UNITED STATES DISTRICT COURT JUDGE